**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1579**

WEN JIAN NI,

            Petitioner,

      v.

LORETTA E. LYNCH, Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 19, 2016        Decided:  February 5, 2016

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Vlad Kuzmin, KUZMIN & ASSOCIATES, P.C., New York, New York, for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Kiley Kane, Senior Litigation Counsel, Ann M. Welhaf, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wen Jian Ni, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision finding that he filed a frivolous application for asylum. Based on our review of the record, we conclude that substantial evidence supports the agency's finding that Ni knowingly and deliberately filed a frivolous asylum application. See Matter of Y-L-, 24 I. & N. Dec. 151, 157-60 (B.I.A. 2007). Accordingly, we deny the petition for review for the reasons stated by the Board. In re: Wen Jian Ni (B.I.A. May 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2